UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVIO BROCCOLINO,<br><br>        Plaintiff<br><br>    v.<br><br>THIRD AVENUE MANAGEMENT COMPANY LLC; MARTIN J. WHITMAN; DAVID M. BARSE; MICHAEL BUONO; WILLIAM E. CHAPMAN, II; VINCENT J. DUGAN; LUCINDA FRANKS; W. JAMES HALL; EDWARD J. KAIER; ERIC P. RAKOWSKI; MARTIN SHUBIK; CHARLES C. WALDEN; and PATRICK REINKEMEYER,<br><br>        Defendants,<br><br>THIRD AVENUE TRUST, a Delaware Business Trust,<br><br>        Nominal Defendant. | Case No. 1:16-cv-02436<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Livio Broccolino, by and through his undersigned counsel, voluntarily dismisses this action without prejudice.

Dated: July 31, 2017

By:

*/s/ Edward F. Haber*_____
SHAPIRO HABER & URMY LLP
Edward F. Haber
Thomas V. Urmy, Jr.
2 Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
***Counsel for Plaintiff Livio Broccolino***

2

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on this July 31, 2017.

                                  */s/ Edward F. Haber*_____
                                  Edward F. Haber

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send Notice of Electronic Filing to all counsel of record.

Dated: July 31, 2017

                   */s/ Edward F. Haber*_____
                   Edward F. Haber